# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1152

GTSI CORPORATION,

Appellant,

v.

Dan M. Tangherlini,
ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION,

Appellee.

Appeal from the Civilian Board of Contract Appeals in no. 2719, Administrative Judge Patricia J. Sheridan.

Authorized Abbreviated Caption[2]

GTSI CORPORATION V GSA, 2013-1152

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.